IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | |
|---|---|
| IN RE : | |
| : | |
| ROBERT JAMES STOKER : | Case No. 19-10505 |
| Debtor, : | |

**NOTICE OF TERMINATION OF STAY FOR DEBTOR'S FAILURE TO CURE DEFAULT UNDER AGREED ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY**

THE COURT entered an Agreed Order on March 15, 2022, upon the Motion of U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V (the "Movant") for relief from the automatic stay (Doc. No. 46). Pursuant to the Agreed Order, if Debtor defaulted in the terms thereof, Movant was required to provide a notice to the Debtor and an opportunity to cure such default. A copy of the Notice is attached as Exhibit A.

Movant provided Notice of Default on August 30, 2022. More than twenty (20) days have elapsed, and Debtor has failed to cure the default as set forth in the Notice.

Therefore, pursuant to the Agreed Order, the automatic stay is deemed to have terminated on the real property commonly known as 171 Hampton Place, Ozark, AL 36360 without further order of the court.

This 14th day of December 2022.

    Respectfully submitted,
/s/ Hugh Smith
Hugh Smith, ASB 3408G20C
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
(404) 474-7149
Attorney for Creditor

# CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing **NOTICE OF TERMINATION OF STAY FOR DEBTOR'S FAILURE TO CURE DEFAULT UNDER AGREED ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY** to the parties listed below by placing a copy of the same in the United States Mail first-class, postage prepaid, on the 14th day of December 2022. Debtor's counsel and Chapter 13 Trustee were served with this Motion via electronic filing issued by the Court Clerk to the email address on record with the Court.

VIA U.S. REGULAR MAIL:

Robert James Stoker
aka Robert Stoker
aka Robert James Stoker
aka Rob Stoker
171 Hampton Place
Ozark, AL 36360

VIA CM/ECF:

Ray T. Kennington
Ray T. Kennington, Attorney at Law
PO Box 275
Ozark, AL 36361

Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Hugh Smith
Hugh Smith, ASB 3408G20C
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
(404) 474-7149
hsmith@mtglaw.com
Attorney for Creditor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | | |
|---|---|---|
| IN RE | : | |
| | : | |
| Robert James Stoker, | : | |
| | : | Case No. 19-10505 |
| | : | Chapter 13 |
| Debtors. | : | |

NOTICE OF DEFAULT PURSUANT TO ORDER
CONDITIONALLY DENYING RELIEF FROM STAY

Creditor U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, hereby notifies debtor of a default pursuant to the terms of the order conditionally denying relief from stay (doc. 42) entered in this case on March 15, 2022. The nature of the default is as follows:

☐ Failure to make the following payments: Ongoing monthly payments for May 01, 2022 through August 01, 2022 in the amount of $808.14 each and less unapplied funds in the amount of $3.05.

The amount required to cure any monetary default is $3,229.51. If the default is not cured within twenty (20) days of the date this notice is issued, this creditor may file a notice of termination of stay and the stay will terminate without further court order as to the following collateral (describe): 171 Hampton Place, Ozark, AL 36360.

/s/ Hugh Smith
Hugh Smith, ASB 3408G20C
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
(404) 474-7149
Attorney for Creditor

Certificate of Service

I certify that on August 30, 2022 I have served this pleading on the Chapter 13 trustee and counsel for debtor(s) by ECF electronic noticing and on the debtor(s) by first class mail at the following address:

**VIA U.S. MAIL**

Robert James Stoker
aka Robert Stoker
aka Robert James Stoker
aka Rob Stoker
171 Hampton Place
Ozark, AL 36360

**VIA CM/ECF**

Ray T. Kennington
Ray T. Kennington, Attorney at Law
PO Box 275
Ozark, AL 36361

Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101

/s/ Hugh Smith
Hugh Smith, ASB 3408G20C
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
(404) 474-7149
E-mail: hsmith@mtglaw.com
Attorney for Creditor

2

The relief described hereinbelow is SO ORDERED

Done this 15th day of March, 2022.

Bess M. Parrish Creswell
United States Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| ROBERT JAMES STOKER, | ) | NO.: 19-10505-BPC |
| *AKA ROBERT STOKER* | ) | |
| *AKA ROBERT JAMES STOKER* | ) | CHAPTER 13 |
| *AKA ROB STOKER* | ) | |
| | ) | |
| Debtor. | ) | |

**CONSENT ORDER CONDITIONALLY DENYING
RENEWED MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This matter was set for hearing on March 1, 2022 upon the Renewed Motion for Relief from the Automatic Stay (hereinafter, "Motion for Relief") [Docket #42] of FREEDOM MORTGAGE CORPORATION (hereinafter, "Movant") seeking relief from the automatic stay imposed by 11 U.S.C. § 362(a) as it relates to the enforcement of the lien against the real property located at 171 Hampton Place, Ozark, Alabama 36360, and further described in the attached as Exhibit "A" of said Motion for Relief. Proper notice of the hearing was given. The Court having reviewed the pleadings, affidavit, and consent of all parties, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion for Relief from Stay is hereby CONDITIONALLY DENIED. The total post-petition arrearage due in relation to the mortgage in favor of Movant upon the property described above through the month of March 2022 is subject to the further provisions of this Order.

2. The total post-petition delinquency owed to Movant through the month of March 2022, is as follows:

| Payments (11/21 – 02/22 at $811.21 per month) | $3,244.84 |
|---|---|
| Payment (03/22 at $808.14 per month) | $808.14 |
| Attorney Fees | $650.00 |
| Suspense Balance | ($11.74) |
| Total Post-petition Arrearage | $4,691.24 |

3. Movant is granted leave of court to file a Supplement Proof of Claim for the above post-petition arrearage, which said claim shall be paid one hundred percent (100%). The payments to the Chapter 13 Trustee shall be increased to $770.00 monthly to accommodate for the addition of the post-petition arrearage as set forth hereinabove, and the specified payment to Movant will be $196.00 per month. The Trustee is further authorized to issue an Amended Payroll Deduction Order, if necessary, to reflect the increased payment to the Trustee pursuant to the terms of this Order.

4. As adequate protection, Debtor shall resume the regular monthly payment due under the note and mortgage beginning with the April 2022 payment and continuing on the 1st day of each consecutive month thereafter. The automatic stay is hereby modified to that extent that Movant does not receive any future regular monthly payment from Debtor within the calendar month such payment comes due, and after a twenty (20) day written notice of default to Debtor, Debtor's Attorney and Trustee, the stay provided under 11 U.S.C. Section 362 shall terminate automatically without further order of this Court, as they relate to the enforcement of the lien regarding the aforementioned property, and Movant, its successors and/or assigns, shall be free to enforce any and all of its respective rights, title and interest in and to the aforementioned property, including, but not limited to, foreclosure, in accordance with the provisions of its note and and the laws of the State of Alabama. This Order shall not be stayed pursuant to Fed.R.Bankr.P 4001(a)(3).

5. Movant and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Final agreements are subject to Court approval. Movant is authorized to contact the Debtor(s) via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse, unless included in a reaffirmation agreement in a Chapter 7 case. Movant is further authorized to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with the applicable nonbankruptcy law.

**###END OF DOCUMENT###**

*(Signature on the next page)*

This Order prepared by

/s/Jackson E. Duncan, III
Jackson E. Duncan, III
McCalla Raymer Leibert Pierce, LLC
2 North 20th St., Suite 1000
Birmingham, AL 35203
Phone: 205-208-1804
Email: Jackson.Duncan@mccalla.com


This Order consented to by:


/s/Ray T. Kennington
Ray T. Kennington
Debtor's Attorney
Ray T. Kennington, Attorney at Law
PO Box 275
Ozark, AL 36361



/s/Audrey L. Willis
Audrey L. Willis
Attorney for the Chapter 13 Trustee,
Sabrina L. McKinney
P.O Box 173
Montgomery, AL 36101